1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SALVADOR BENITO APARICIO,              No.  2:16-cv-0693-EFB P

12              Plaintiff,

13      v.                                 ORDER

14  UNKNOWN,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18  U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19  U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

20  § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

21         On April 7, 2016, the court found that plaintiff had failed to pay the $400 filing fee

22  required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the

23  affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Accordingly, the court

24  ordered plaintiff to submit either the filing fee or the application required by § 1915(a) within

25  thirty days and warned him that failure to do so may result in this action being dismissed.

26         The time for acting has passed and plaintiff has not paid the filing fee, submitted an

27  application for leave to proceed in forma pauperis or otherwise responded to the court's order.

28  /////

                                        1

1    Accordingly, this action is dismissed without prejudice.

2  Dated:  May 17, 2016.

3

4                              EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28